# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| COAST TO COAST HEALTH CARE SERVICES, INC., | Case No. 2:10-cv-00038 |
| Plaintiff, | Judge |
| vs. | Magistrate |
| COAST TO COAST HEALTHCARE RECRUITERS, INC., | **PLAINTIFF'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST** |
| Defendant. | |

Pursuant to Local Civil Rule 7.1.1, Plaintiff Coast to Coast Health Care Services, Inc. ("Coast to Coast") makes the following disclosure:

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?  Coast to Coast is a not a publicly traded company.

2. Is there a publicly owned corporation, not a party to the case that has a financial interest in the outcome?  No.

Respectfully submitted,

/s/John F. Marsh
John F. Marsh, Trial Attorney (0065345)
Arland T. Stein (0007310)
HAHN LOESER & PARKS LLP
65 East State Street, Suite 1400
Columbus, Ohio 43215
Telephone:  (614) 221-0240
Facsimile:  (614) 221-5909

*Attorneys for Plaintiff Coast To Coast Health Care Services, Inc.*

CLE - 1904514.1

## **CERTIFICATE OF SERVICE**

I certify that on the _____ day of October 2009, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notification of such filing to CM/ECF participants or I have mailed it by United States Postal Service to the following:

/s/ John F. Marsh_____
An Attorney for Plaintiff

CLE - 1904514.1