IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRIAN GREENE *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO. 2:10-cv-00038 |
| v. ) | |
| ) | JUDGE |
| AB COASTER HOLDINGS, INC. ) | |
| ) | MAGISTRATE JUDGE |
| Defendant. ) | |
| ) | **PLAINTIFF PROFESSIONAL** |
| ) | **BILLING CONSULTANT'S INC.** |
| ) | **DISCLOSURE OF AFFILIATIONS** |
| ) | **AND FINANCIAL INTEREST** |

Pursuant to Local Civil Rule 7.1.1, Plaintiff Professional Billing Consultant, Inc. makes the following disclosure:

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?  No.

2. Is there a publicly owned corporation, not a party to the case that has a financial interest in the outcome?   No.

Respectfully submitted,

/s/Arland T. Stein
Arland T. Stein, Trial Attorney (0007310)
HAHN LOESER & PARKS LLP
65 East State Street, Suite 1400
Columbus, Ohio 43215
Tele:  614/221-0240
Fax:   614/221-5909
E-mail:  astein@hahnlaw.com

Attorney for Plaintiffs

CLE - 2219498.1