IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Brian Greene, et al.,

    Plaintiff(s),

    vs

AB Coaster Holdings, Inc.,

    Defendant(s).

Case No: 2:10-cv-0038

Judge Sargus
Magistrate Judge Kemp

NOTICE TO COUNSEL

To: Daniel M. Cislo and Kelly W. Cunningham
Date: February 23, 2010

    The above captioned case has been received and filed in this Court. According to our records, **Daniel M. Cislo** and **Kelly W. Cunningham** are not admitted to practice in the Southern District of Ohio. Please go to our website at [www.ohsd.uscourts.gov](www.ohsd.uscourts.gov) for a copy of our local rules regarding pro hac vice admittance.

    Pursuant to Southern District of Ohio Local Rule 83.5(a), unless otherwise ordered, in all actions filed in, transferred to or removed to this Court, all parties not appearing in propria persona shall be represented by a trial attorney who is a permanent member of the bar of this Court.

    Southern District of Ohio Local Rules 83.4(e) and 83.5(d) permit your participation, on a case-by-case basis, upon the filing of an application, signed by the trial attorney, for your admission pro hac vice. A Two Hundred Dollar ($200.00) admission fee for each attorney applying must accompany the motion, as well as a current certificate of good standing from the highest court of any state. Should the application be denied, the fee will be refunded.

    If you are not registered to file documents and receive notices electronically, you will be receiving a separate notice concerning electronic filing. Admission pro hac vice, or receipt of notices from the Court, may be conditioned upon your registration in the Court's electronic filing system.

                                                     By: /s/ Kristen Keppler
                                                       Kristen Keppler, Deputy Clerk

FORM PHV-01 rev. 3/04

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


| | | |
|---|---|---|
| **Brian Greene, et al.,** | : | |
| | : | |
| **Plaintiff(s),** | : | Case No. 2:10-cv-0038 |
| vs. | : | |
| | : | Judge Sargus |
| **AB Coaster Holdings, Inc.,** | : | Magistrate Judge Kemp |
| | : | |
| **Defendant(s).** | : | |

## NOTICE OF PLACEMENT IN ELECTRONIC FILING SYSTEM

As of September 1, 2003, the United States District Court for the Southern District of Ohio converted to an all-electronic case filing and case management system (CM/ECF). The CM/ECF system provides the bench, the bar, and the public with unprecedented access to up-to-the-minute docket sheets as well as to the documents themselves.

This case has been entered into the CM/ECF system. The CM/ECF system is capable of accepting electronic filings over the internet. If a hard copy of a document is filed in the Clerk's office, it will be scanned and electronically entered into the CM/ECF system.

The Court strongly encourages counsel to take advantage of the benefits of filing electronically. Any counsel who has access to the internet and has an email provider can register with the Court to file documents and receive notices electronically. More details concerning how to register for electronic filing can be found at the Court's website, www.ohsd.uscourts.gov. It is the Court's expectation that, unless otherwise ordered, all counsel who practice before this Court, including counsel admitted to practice *pro hac vice*, will register to file electronically and to receive electronic notices from the CM/ECF system.

If an attorney does not have the capability to register for electronic filing, a request to be excused from that requirement must be made in each case in which that attorney appears. Such request must be made by way of a motion which complies substantially with the attached form.

### Court Orders and Notices

The Court will issue its orders and notices electronically to all registered counsel. The Court will send its orders and notices to all counsel, through regular U.S. mail, who have not so registered; however, due to the speed of e-mail, counsel will receive notices sooner if they register. Counsel should also check the electronic docket sheets on a regular basis. Parties who are not represented by counsel will be sent Court orders and notices through regular U.S. mail.

### Service of Documents Filed by the Parties

Documents filed on Paper.  All documents filed with the Court on paper must be served on the other parties on paper in the traditional manner pursuant to the applicable Federal and Local Rules.

Documents filed Electronically.  When a document is filed electronically, the receipt of the filing will indicate which counsel have been notified electronically of the filing by the CM/ECF system and which counsel have not.  The filing party must serve the documents on paper in the traditional manner, pursuant to the applicable Federal and Local Rules, upon the counsel who were not sent electronic notification.  The filing party need not serve Counsel who have been sent electronic notification.  In instances where a party is not represented by counsel, all documents must be served on that party on paper in the traditional manner pursuant to the applicable Federal and Local Rules.

## Electronic Filing of Proposed Documents

If the document you wish to file electronically requires leave of Court, such as an amended complaint or a document to be filed out of time, the proposed document should be attached as an exhibit to a motion.  If your motion is granted, you may then file your document electronically; however, you may not file the document on its own, unless and until the motion is granted.

If you wish to submit a proposed order for consideration by the Court, you must e-mail a copy of the proposed order in WordPerfect format to her/him to assist the Court in instances where it desires to modify the proposed order.  The judges' email addresses for proposed orders are in the form:  Judge's last name_Chambers@ohsd.uscourts.gov.

## Help Desk

The Clerk's Office has established an Electronic Filing Help Desk at 1-866-261-1680 in Columbus, 1-888-743-2126 in Cincinnati, and 1-800-496-3857 in Dayton to answer questions and provide assistance should difficulties arise.

James Bonini, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Brian Greene, et al.,

    Plaintiff (s),

    v.                Case No. 2:10-cv-0038

AB Coaster Holdings, Inc.,        MAGISTRATE JUDGE Kemp

    Defendant(s).

**MOTION TO BE EXCUSED FROM ELECTRONIC FILING**

    The undersigned moves to be excused from participating in the electronic filing system in the above case and asserts that it is impossible or impractical to participate for the following reasons:

    _ The undersigned neither owns nor has ready access to the necessary equipment to participate in electronic filing.

    _ Other [provide explanation here]

                                                  _____
                                                  Name
                                                  Ohio Bar Registration #
                                                  Firm Name
                                                  Firm Address
                                                  Telephone number
                                                  Trial Attorney (or of counsel)
                                                  for  [insert name of party]