IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRIAN GREENE, et al.,

    Plaintiffs,

v.

AB COASTER HOLDINGS, INC.,

    Defendant.

Case No. 2:10-cv-038
Judge Sargus
Magistrate Judge Kemp

## ORDER

Due to the current stay of further consideration of this matter, the Clerk is directed to remove Docket Number 26 from the Court's pending motions list. Upon lift of the stay, Defendant may move the Court to reactivate the motion.

**IT IS SO ORDERED.**

3-15-2011
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

1