```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

| | | |
|---|---|---|
| Brian Greene, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 2:10-cv-38 |
| AB Coaster Holdings, Inc., | : | JUDGE EDMUND A. SARGUS, JR. |
| | | Magistrate Judge Kemp |
| Defendant. | : | |
| AB Coaster Holdings, Inc. | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:10-cv-234 |
| Brian Greene, et al., , | : | JUDGE EDMUND A. SARGUS, JR. |
| | | Magistrate Judge Kemp |
| Defendants. | : | |

## ORDER

This Court's Local Civil Rule 83.4 sets forth specific and clear procedures for the withdrawal of both trial attorneys and co-counsel.  A trial attorney may withdraw by notice if the notice is signed by the current, withdrawing attorney, the client, **and** the new, substituting trial attorney.  However, the client's signature is not needed if the new trial attorney is a member of the same firm as the withdrawing trial attorney and the client has consented.  Local Civ. R. 83.4(c)(1).  Otherwise, a motion for leave to withdraw must be filed.  Local Civ. R. 83.4(c)(2).  Co-counsel may withdraw by notice if the notice is signed by **both** the withdrawing co-counsel and the trial attorney.  Local Civ. R. 83.4(d).  If the trial attorney cannot or will not sign the notice,  a co-counsel wishing to withdraw must file a motion which complies with Local Civ. R. 83(c)(2).  Id.

The Court has received a notice of withdrawal of counsel which does not comply with Local Civ. R. 83.4.  Specifically,

although according to the Court's docket, N. Trevor Alexander is trial counsel of record for AB Coaster Holdings, Inc., he did not sign the notice of withdrawal.  Consequently, that notice (#70) is disapproved, and withdrawing counsel's name shall remain on the docket.  This disapproval is without prejudice to the submission of a notice or motion made in compliance with Rule 83.4.

/s/ Terence P. Kemp
United States Magistrate Judge