

25189
PATENT TRADEMARK OFFICE

# UTILITY PATENT ASSIGNMENT

This assignment by WALLACE BROWN of Chester, New Jersey and ROBERT W. NELSON of Rowlett, Texas (collectively, "Assignors") to TRISTAR PRODUCTS, INC., a Pennsylvania corporation ("Assignee");

WHEREAS, Assignors have jointly invented a new, original and useful invention entitled ABDOMINAL EXERCISE DEVICE ("Invention"), for which a United States patent application is being filed further identified by Cislo & Thomas' Docket No. 06-17617 ("Patent Application");

WHEREAS, Assignors believe themselves to be the original, first, and joint inventors of the Invention disclosed and claimed in said Patent Application; and

WHEREAS, Assignee desires to acquire by formal, recordable assignment the entire right, title, and interest in and to said Invention, and said Patent Application, in the United States and throughout the world.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignors hereby sell, assign, and transfer to Assignee, the entire right, title, and interest in and to said Invention, and said Patent Application for said Invention in the United States and throughout the world, including the exclusive right to file any provisional, non-provisional, divisional, continuation, continuation-in-part, reissue, foreign, or other application based on the Invention directly in the name of Assignee and to claim any priority rights to which such applications are entitled under international conventions, treaties, or otherwise.

EXHIBIT 2

AB01774

Further, Assignors agree that, upon request and without further compensation, but at no expense to Assignors, they and their legal representatives and assigns will do all lawful acts, including the execution of papers and the giving of testimony, that may be necessary or desirable for obtaining, sustaining, reissuing, or enforcing said Patent Application in the United States and throughout the world for said Invention, and for perfecting, recording, or maintaining the title of Assignee, its successors and assigns, to said Invention, and said Patent Application filed, and any patents granted for said Invention in the United States and throughout the world.

Assignors represent and warrant that they have not granted and will not grant to others any rights inconsistent with the rights granted herein.

Assignors authorize and request the Commissioner of Patents and Trademarks of the United States and of all foreign countries to issue any Patent granted for said Invention, whether on said Patent Application, or on any subsequently filed provisional, non-provisional, divisional, continuation, continuation-in-part, reissue, or other application, to Assignee, its successors and assigns, as the assignee of the entire interest in said Invention.

2

AB01775

IN WITNESS WHEREOF, Assignor hereby executes this Assignment on the date first above written and as set forth below.

Date: __12-11__, 2006         _/s/ Wallace Brown_
                              Wallace Brown


Date: _____, 2006     _____
                              Robert W. Nelson

Z:\TS\Boa\006-17617\Assignment (Brown Nelson provisional and new patent).DOC

3

AB01776

IN WITNESS WHEREOF, Assignor hereby executes this Assignment on the date first above written and as set forth below.

Date: __12-11__, 2006      _/s/ Wallace Brown_
                            Wallace Brown

Date: __12/11__, 2006      _/s/ Robert W. Nelson_
                            Robert W. Nelson

3

AB01777