IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRIAN GREENE, et al.,

    Plaintiffs,

v.

AB COASTER HOLDINGS, INC.,

    Defendant.

CASE NO. C2-10-038
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

AB COASTER HOLDINGS, INC.,

    Plaintiff,

v.

BRIAN GREENE, et al.,

    Defendants.

CASE NO. C2-10-234
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

## ORDER

The undersigned hereby RECUSES himself from these cases. The Clerk shall use a random draw to assign a new judge to these cases.

IT IS SO ORDERED.

8-21-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE